716

NATIONAL UNION RADIO CORPORATION, Appellant, v. RADIO CORPORATION OF AMERICA, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

In the Matter of the Application of ERNEST A. HOPF, Petitioner-Appellant, for an Order of Mandamus against MARK EISNER and Others, as Members Comprising the Board of Higher Education of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

CAROLINE COHN, Appellant, v. LOUIS COHN, Respondent.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MARY J. MONROE, Respondent, v. PATRICK J. MONROE, Appellant.— Order unanimously reversed and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

JOY DIXON, Respondent, v. THE B. F. GOODRICH COMPANY, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

YVETTE HARRIS, Respondent, v. DANIEL G. LEARY, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

INTERNATIONAL FLIGHT CORPORATION, Respondent, v. MOVIETONEWS, INC., and FOX FILM CORPORATION, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

JOHN E. WOOD v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

CLARENCE H. MORROW, Suing on Behalf of Himself, etc., v. WARNER BROS. PICTURES, INC., and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

THOMAS FILLORAMO v. CARDER REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.